**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Pierre F. Gremillion
Attorney at Law
3500 N Hullen St
Metairie LA 70002

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 1, 2023

**REHEARING ACTION: March 1, 2023**

**Docket Number: 22   00444-CA**

**NICKIE LEJEUNE
VERSUS
KAYLA FONTENOT,  M.D.**

**Appealed from St. Landry Parish Case No. 21-C-4166-A**

**BEFORE JUDGES:**

   **Hon. D. Kent Savoie
   Hon. Van H. Kyzar
   Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nickie LeJeune** has this day been

   **DENIED**

cc: J. Ryan Pierret, Counsel for the Appellee